IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

MICHAEL J. MOORE, )
        Plaintiff, )
         )
vs. )
         )
STATE FARM MUTUAL )
AUTOMOBILE INSURANCE )
COMPANY, )
         )
        Defendant. )   CASE NO.: 3KN-15-175 CI
         )

## COMPLAINT

COMES NOW the Plaintiff, MICHAEL MOORE, by and through his attorney, Peter R. Ehrhardt, and hereby complains against defendant, STATE FARM FIRE AND CASUALTY COMPANY. (hereinafter STATE FARM), and for his cause(s) of action alleges the following:

### I. JURISDICTIONAL AND FACTUAL ALLEGATIONS

1. Plaintiff, MICHAEL MOORE, is an individual and a resident, at all times mentioned in this complaint, of Soldotna, Alaska within the Third Judicial District.

2. Defendant, STATE FARM, is a corporation organized and existing

MOORE VS. STATE FARM COMPLAINT
3KN-15-    CI                                                    Page 1|6

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com
Sean B. Kelley - AK Bar No. 1405025 • e-mail: sean@mail.kenailaw.com

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com
Sean B. Kelley - AK Bar No. 1405025 • e-mail: sean@mail.kenailaw.com

under the laws of the State of Indiana, engaged in the business of selling liability insurance in Alaska, and operates and has offices and agents in Alaska.

3. At all times material to this action, all of the agents, servants, or employees of defendant that were in any way connected to this suit were acting in the scope of their employment or official duties and in furtherance of the duties of their office or employment.

4. On or before December 12, 2009, plaintiff was an insured under a contract/contracted for automobile insurance with the defendant, STATE FARM, under the provisions of an auto policy covering a 1999 Oldsmobile Alero designated as Policy #7-1149-E29-02A, which policy included coverage for uninsured and underinsured motorists' coverage.

5. On or about December 12, 2009, plaintiff was a properly restrained front seat passenger in a 1999 Oldsmobile Alero owned by plaintiff and driven by Jared M. Bungart. The automobile insurance policy covering the vehicle was provided by defendant. Pursuant to such written contract of insurance defendant agreed to provide plaintiff with automobile insurance and underinsured motorist vehicle coverage and the plaintiff agreed to pay certain premiums for such insurance.

6. At all times relevant to this complaint plaintiff had fully performed all requirements under the insurance policy including payment of premium.

7. At approximately 5:29 pm Jared Bungart was operating plaintiff's vehicle southbound on the Sterling Highway in Soldotna, Alaska. Clara Johnson

owned and was operating a 1993 Pontiac Grand Prix northbound on the Sterling Highway in Soldotna, Alaska. Clara Johnson failed to yield to oncoming traffic while turning left onto Binkley Street striking the southbound Oldsmobile Alero driven by Jared Bungart and totaling both vehicles.

8.  Clara Johnson was issued a traffic citation for Failure to Yield in violation of 13 AAC 02.125. Johnson failed to exercise reasonable care in the operation of her vehicle and was negligent. As a direct, proximate and foreseeable result of the negligent operation of Clara Johnson's vehicle, plaintiff suffered serious physical injury, pain and suffering, loss of enjoyment of life, expenses, including medical costs, emotional injury and anguish in an amount in excess of $300,000.00 and continues to suffer such injuries.

9.  As a further result of the motor vehicle accident of December 12, 2009, plaintiff has suffered lost earnings and impairment to his future earning capacity.

10. The motor vehicle liability insurance policy providing coverage for tortfeasor Clara Johnson, the driver and owner of the car that struck the automobile in which plaintiff was a passenger, was exhausted by payment to plaintiff of policy limits totaling $60,661.82 on January 28, 2013; said payment reflected the policy limit of the liability coverage and was approved by defendant State Farm.

11. Clara Johnson had inadequate insurance to fully compensate plaintiff for the injuries and losses he suffered as a result of this accident.

MOORE VS. STATE FARM COMPLAINT
3KN-15-    CI                                    Page 3 | 6

12. Under the terms of Plaintiff's insurance policy, defendant STATE FARM is contractually bound to pay for all damages in excess of the limits of the at-fault party's insurance, up to its policy limits of no less than $500,000, arising from the above-described accident. Despite repeated attempts to settle this claim for a reasonable amount that would adequately compensate plaintiff for the damages incurred as a result of the accident, defendant STATE FARM has refused to make payment to plaintiff under the STATE FARM policy issued by the defendant which covered plaintiff.

13. The injuries and losses sustained by plaintiff, MICHAEL MOORE, are the legal and contractual responsibility of the defendant, STATE FARM, pursuant to terms provided in its contract of insurance.

## II. CAUSES OF ACTION

### A. BREACH OF CONTRACT

14. The Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 13 of this complaint as though fully set out herein.

15. Plaintiff fully performed all his duties under the contract of insurance.

16. Defendant, STATE FARM, has breached its contract of insurance with plaintiff by failing to properly investigate, evaluate, and communicate concerning plaintiff's claim and in failing to pay benefits due under plaintiff's insurance contract when plaintiff suffered a covered loss.

17. Defendant, has failed to perform its obligations and duties under

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com
Sean B. Kelley - AK Bar No. 1405025 • e-mail: sean@mail.kenailaw.com

contract of insurance with Plaintiff. Specifically, defendant has breached the covenant of good faith and fair dealing and acted in bad faith and failed to settle this claim for a reasonable amount which would adequately compensate plaintiff for the damages he incurred as a result of the accident. In addition, Defendant has breached the contract with Plaintiff in other respects to be proven with more specificity at trial.

18. As a direct result of defendant's breach of contract of insurance, plaintiff has been forced to file this lawsuit. Plaintiff has been damaged in an amount in excess of $100,000.00 to be proven with more specificity at trial.

B. **NEGLIGENCE**

19. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 16 of this complaint as though fully set out herein.

20. Defendant insurer and its agents, servants, officers, and employees owed plaintiff the duty of reasonable care in, among other things, acknowledging, investigating, processing, and financially satisfying plaintiff's claim under his policy of insurance with STATE FARM.

21. Defendant violated its duties to Plaintiff and was negligent in failing to adhere to or follow the appropriate standard of care in the particulars set forth above and in other manners to be proven with more specificity at trial.

22. As a direct and proximate result of defendant's negligence, plaintiff has been damaged in an amount in excess of $100,000.00.

MOORE VS. STATE FARM COMPLAINT
3KN-15-      CI                                                Page 5 | 6

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com
Sean B. Kelley - AK Bar No. 1405025 • e-mail: sean@mail.kenailaw.com

WHEREFORE, plaintiff requests that plaintiff be awarded damages in accord with proof for:

1. Defendant's breach of contract and/or negligence;

3. Prejudgment interest;

4. Postjudgment interest at the highest rate allowed by law from the date of judgment until paid;

5. Reasonable attorney's fees;

6. Costs of suit; and

7. Such other and further relief as the court deems just and proper.

DATED the 24 day of February, 2015 at Kenai, Alaska.

By: _____
PETER R. EHRHARDT-ASBA #8006016
Attorney for Plaintiff

MOORE VS. STATE FARM COMPLAINT
3KN-15-      CI                                    Page 6|6

Peter R. Ehrhardt - AK Bar No. 8006016
LAW OFFICE OF PETER R. EHRHARDT
215 Fidalgo Ave., Ste. 201 • Kenai, Alaska 99611
Tele: 907/283-2876 • Fax: 907/283-2896 • email: peter@mail.kenailaw.com
Sean B. Kelley - AK Bar No. 1405025 • e-mail: sean@mail.kenailaw.com