Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
Email: kcolbo@hglawfirm.net

Attorneys for Defendant State Farm Mutual
    Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL J. MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:15-cv-00081-JWS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff Michael J. Moore and Defendant State Farm Mutual Automobile Insurance Company, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

EHRHARDT & KELLEY
Attorneys for Plaintiff Michael J. Moore

August 22, 2016          By:    s/Peter R. Ehrhardt (Consent)
Date                            Peter R. Ehrhardt
                                ABA No. 8006016
                                Law Office of Peter R. Ehrhardt
                                215 Fidalgo Ave., Suite 201
                                Kenai, AK  99611
                                Telephone No:  (907) 283-2876
                                Facsimile No:  (907) 283-2896
                                Email: peter@mail.kenailaw.com

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
Attorneys for Defendant State Farm
Mutual Automobile Insurance Company

August 22, 2016          By:    s/Kimberlee A. Colbo
Date                            Kimberlee A. Colbo
                                ABA No. 9211072

359699

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF system on the 22nd day of August, 2016 on:

Peter Reed Ehrhardt -- peter@mail.kenailaw.com, cyndy@mail.kenailaw.com,
megan@mail.kenailaw.com, receptionist@mail.kenailaw.com, sean@mail.kenailaw.com


    s/Kimberlee A. Colbo